UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:93-cr-123-T-17

RAMIRO ORTIZ VELEZ

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant Ramiro Ortiz Velez, without prejudice. Leave of Court is granted and the Indictment is dismissed against Defendant Ramiro Ortiz Velez, in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendant Ramiro Ortiz Velez.

Dated: December 29, 2017

ELIZABETH A. KOVACHEVICH
United States District Judge

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copy to:
AUSA Mike Gordon